**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BOUN R.,

Petitioner,

v.

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*;

TODD BLANCHE, *Attorney General*;[1]

DAVID VENTURELLA, *Acting Director, Immigration and Customs Enforcement*;

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

Respondents.

Civil No. 26-2763 (JRT/EMB)

**ORDER GRANTING UNOPPOSED MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**

---

Daniel P. Suitor, **DANIEL P. SUITOR, PLLC,** 331 Second Avenue South, Suite 400-3099, Minneapolis, MN 55401, for Petitioner.

Carl Berry and David W. Fuller, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondents.

On September 9, 2026, Respondents filed an Unopposed Motion to Dissolve the Court's Temporary Restraining Order enjoining the removal of Petitioner Boun R. (Docket No. 8.) Respondents indicate that Petitioner is scheduled for removal on September 15,

---

[1] Automatically substituted for predecessor under Fed. R. Civ. P. 25.

2026. (*Id.* ¶ 2) Petitioner does not oppose the motion. (*See* Pet.'s Resp., Sept. 10, 2026, Docket No. 11.) Petitioner has not moved to disturb his removal order in immigration court. (*See id.*) Given the Parties' agreement, Petitioner's ongoing confinement, and the imminence of Petitioner's removal flight to Laos, the Court will grant the unopposed motion.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that**:**

1. Respondents' Unopposed Motion to Dissolve Temporary Restraining Order (Docket No. [8]) is **GRANTED**.

2. The Temporary Restraining Order enjoining Respondents from removing, transferring, or otherwise facilitating his removal (Docket No. [3]) is **DISSOLVED**.

3. The Parties shall file a joint status report no later than **12:00 pm on September 18, 2026**, indicating whether Petitioner has been removed and if there is any reason why the Court should not close this matter.

DATED: September 14, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge